In the Matter of HERBERT M. WILLIAMS, Respondent, *v.* MICHAEL F. BARRETT, as Building Inspector of the Village of Mamaroneck, Appellant.

(Argued June 2, 1930, decided June 13, 1930.)

*J. Henry Esser* and *Louis Zingesser* for appellant.
*Sol Rubin* for respondent.

Appeal dismissed, with costs, on authority of *Matter of Sullivan* v. *Teachers' Retirement Board* (253 N. Y. 590); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.